RICK A. YARNALL
CHAPTER 13 BANKRUPTCY TRUSTEE                                    E-FILED
701 Bridger Ave
Suite 820
Las Vegas, NV 89101
(702) 853-4500

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:                                          CASE NO: BKS-10-11725-LBR
SANTIAGO BARRON

                                                CHAPTER 13

                                                Hearing Date:   April 29, 2010
                                                Hearing Time:   1:30 pm

PRO SE DEBTOR
Attorney for the Debtor

**TRUSTEE'S OPPOSITION TO CONFIRMATION OF PLAN #0**
**COMBINED WITH TRUSTEE'S RECOMMENDATION FOR DISMISSAL**

The Trustee herein, Rick A. Yarnall, hereby objects to confirmation of Plan and hereby represents the following:

The debtor(s) filed for Chapter 13 relief on 02/04/2010.  The 341(a) Meeting of Creditors held on March 23, 2010 at 11:00 am was:

- taken off calendar

The Trustee objects to confirmation of the Chapter 13 Plan for the following reason(s):

- Debtor(s) failed to appear[11 USC 341 (a)]:  .
- Debtor(s) failed to commence Plan payments [11USC 1326 (a) (1)]
- Failure to conclude Section 341 Meeting of Creditors
- Debtor(s) are delinquent in plan payments
- Debtor(s) failed to timely file Schedules, Statements, and/or Plan [B.R. 1007 (a)(c)]
- The debtor(s) has failed to cooperate with the Trustee [11 USC 521 (3)] as the following document(s) were not provided:
  - Original signature(s) on B21 and/or ECF
  - Tax returns:  2006-2009
  - Debtor failed to provide copy of most recent tax return for tax year 2009 not less than 7 days prior to the Sect. 341 hearing as required pursuant to Sect. 521(e)(2)(A)(i).
  - Pay stubs:  August - January
  - Bank statments:  August - January
  - Proof post petition mortgage payments are current
- Plan not filed

THEREFORE, the Trustee objects to confirmation for the foregoing reasons and recommends that this case be dismissed and that the Trustee be allowed administrative expenses in the amount of $150.00 per quarter the case is pending.

Dated:  March 25, 2010

/s/ Rick A. Yarnall
Rick A. Yarnall, Chapter 13 Trustee